UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AUSTIN B. CEDARS<br>D.O.C. # 636862 | : | CIVIL ACTION NO. 2:18-cv-0745 |
| VERSUS | : | JUDGE SUMMERHAYS |
| W.S. SANDY McCAIN | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 13] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 18th day of December, 2018.

ROBERT R SUMMERHAYS
UNITED STATES DISTRICT JUDGE